FILED

SEP - 2 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

The Eastern District of California at Sacramento

Plaintiff: Richard Rousay
2620 Capital Avenue
Sacramento, CA 95816

Defendant: Barack Obama in his official position
White House, Washington DC 20211

2:09 - CV - 2472 MCE KJM PS

An emergency motion and jury trial only, as a precedent has been set in Sacramento California by United States Federal Judges Peter Nowinsky and Lawerence K. Karlton did unlawfully add defendant Jeff Miesler CV 05-01261 and dismissed with prejudice. Nowinski resigned because of his unlawful activities. Only with a jury trial for the case the plaintiff will take the minimum $75,000 as directed by Federal rules.

Statement of facts complaint by victim and the impact and economic losses

Whereas the United States of America and Mexico southern sovereign border is unsecured and unfunded to the detriment and economic losses within the sovereign nation of the United States of America.

Whereas within the United States of America, individual states grapple with a quandary of millions of new residents entering the unfunded and unsecured southern border with Mexico at great cost to the individual states. The governor of the great state of California estimates the cost to be 5 billion per year in social services that as a state mandate have to be provided to 12 to 14 million new residents.



Whereas the great state of California and other states have incurred great unexpected costs and have in the past suffered financially and are now suffering financially and expect to suffer financially in the future due to the actions or lack of action by our elected and appointed federal employees. The actions or lack of action by these elected and appointed federal employees created a deficiency in their oath to uphold our US Constitution.

Documented/itemized financial losses as a result of the actions or lack of action by our elected and appointed federal employees.

Whereas the great state of California July 15, 2009 was "downgraded by Moody's Investor Service to a near junk status from A2 to Baa1 and placed the state's credit rating on watch for possible further reductions".

California State Controller John Chiang issued 130,000 IOUs worth a total of 436 million to state vendors so far.

The second stimulus package by Barack Obama was 800 million/BILLION RR

Whereas under George W. Bush 8 years of unregulated residents moving north over our US and Mexico border at a cost of 5 billion per year x 8 equals 40 billion dollars (*during the Bush term*) now due to the State of California so we can resume funding our state social services and stop the funding short fall due to the actions by our federal employees who are culpable for the great funding hardships that have been beset the great state of California.

Plaintiff prays for relief for the state of California.

Name: Richard Rousay Proper
Date: Aug 7 2009

Sept 2 2009

2